## OcTHE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TIMOTHY BRONZINO, | |
| Plaintiff, | No. 09 C 1048 |
| v. | JUDGE AMY ST. EVE |
| OFFICER D. SHELDON #117, OFFICER B. SHIELDS #347, and CITY OF AURORA, | |
| Defendants. | |

## NOTICE OF MOTION

On January 17, 2013 at 8:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge St. Eve at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached Motion for Entry of Judgment for Plaintiff's Bill of Costs to Which Defendants Have Not Objected.

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2013, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the aforementioned to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

John B. Murphey          jmurphey@rmcj.com,cdavis@rmcj.com,ddoty@rmcj.com

Yancey Lewis Pinkston     ypinkston@rmcj.com

Blake Wolfe Horwitz       bhorwitz@hrbattorneys.com,

                              *s/* **Blake Horwitz**
                              One of Plaintiff's Attorneys

The Blake Horwitz Law Firm, Ltd.
39 S. LaSalle, #1515
Chicago, IL  60603
(312) 676-2100

1